

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

December 22, 2023

**VIA ECF**

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

Re: *Hikma Pharmaceuticals USA Inc. v. Amarin Pharma Inc., et al.*
Civil Action No. 23-1016 (RK)(TJB)

Dear Judge Bongiovanni:

This firm, together with Covington & Burling LLP, represents Defendants Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Amarin Corporation plc (collectively, "Amarin") in the above-captioned matter. We submit this status report jointly with Midlige Richter LLC and Winston & Strawn LLP, who represent Plaintiff Hikma Pharmaceuticals USA, Inc.

Pursuant to Your Honor's December 7, 12, and 20, 2023 Orders following the telephone conference on November 28, 2023 (ECF Nos. 50, 52, 54), the parties had further good faith discussions regarding the discovery issues raised in Amarin's letter dated October 30, 2023 (ECF No. 46). The parties believe they have reached resolution, but are continuing to discuss one final custodian issue that we do not anticipate will require court intervention. If any further court intervention is required, the parties will inform the Court by January 12.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*William C. Baton*

William C. Baton

cc: All Counsel (via email)

It is on this 28th day of December, 2023
SO ORDERED.

s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP