UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  
**MAGISTRATE JUDGE: BONGIOVANNI**  
**Digitally Recorded: John Moller**

**DATE OF PROCEEDINGS**  
**December 18, 2024**

**TITLE OF CASE**: 24-cv-4341; 21-cv-10309; 21-cv-12061; 21-cv-12747; 23-cv-1016; 24-cv-7041

APOTEX INC., et al  
    V.  
AMARIN PHARMA, INC. et al

**APPEARANCES**:

Michael Mayer, Esq., for plaintiff HIKMA PHARMACEUTICALS USA, INC.
Jonathan D. Janow, Esq., for plaintiff APOTEX INC.
James Hileman, Esq., for plaintiff TEVA PHARMACEUTICALS USA, INC.
Brian Brooks, Esq. for plaintiff UNIFORMED FIRE OFFICERS ASSOCIATION, et al.
Matthew F. Gately, Esq., for interested party KPH HEALTHCARE SERVICES, INC.
Ashley Bass, Esq., for defendant AMARIN PHARMA, INC.

**NATURE OF PROCEEDING:**

Telephone Conference held.

TIME COMMENCED:     11:00 a.m.  
TIME ADJOURNED:     12:45 a.m.  
TOTAL TIME:  1 HOUR AND 45  MINUTES

s/ John Moller  
Deputy Clerk